IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA CALVIN HUGHES, and JEROD WADE HUGHES,<br>,<br><br>Defendant. | MJ 21-07-GF-JTJ<br><br>(1:21-mj-00180)<br><br>ORDER FOR TRANSFER TO DISTRICT OF OFFENSE |
|---|---|

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendants to the District of Washington D.C., where the original charging documents were filed.

DATED this __1st__ day of February, 2021.

_____
John T. Johnston
United States Magistrate Judge